Submitted on briefs November 20, affirmed December 1, petition for rehearing denied December 27, 1972, petition for review denied February 21, 1973

PAPADOPOULOS, *Appellant, v.* STATE BOARD OF HIGHER EDUCATION ET AL (No. 71 1085), *Respondents.*

502 P2d 1391

Michael Papadopoulos, Corvallis, pro se, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem, for respondents.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

AFFIRMED. *Taggart v. School District No. 1,* 96 Or 422, 188 P 908, 188 P 1119 (1920).